

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

No. 04-16-00259-CV

**IN THE INTEREST OF A.P., ET AL., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01950
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file the appellant's brief is granted. We order appellant to file the appellant's brief by June 20, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court